USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D.,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION ET AL,

Defendants.

**ORDER**

26-CV-3904 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the notice that a settlement has been reached and the request to adjourn deadlines. ECF No. 14. The request is **GRANTED**. Defendants shall respond to the complaint by **December 14, 2026**, unless the case is dismissed before then.

**SO ORDERED.**

Dated: October 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge